IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARBARA L. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-12-856-F |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on July 18, 2013, wherein she recommended that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental income payments under the Social Security Act be reversed and remanded for further proceedings. In the Report and Recommendation, Magistrate Judge Mitchell advised the parties of their right to make timely objection by August 8, 2013 and further advised that failure to make timely objection waives their right to appellate review of both factual and legal issues therein contained.

To date, no objection to the Report and Recommendation has been filed and no request for an extension of time to file an objection has been filed. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on July 18, 2013 (doc. no. 21) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin,

Acting Commissioner of the Social Security Administration is **REVERSED** and this matter is **REMANDED** to defendant for further proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

DATED August 9, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0856p002.wpd